IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MICHELLE A. HART, | ) |
| | ) No. 3:10-cv-05788-RBL-JRC |
| Plaintiff, | ) |
| | ) ORDER AMENDING |
| v. | ) BRIEFING SCHEDULE |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's motions (ECF Nos. 12 and 14) and with agreement of Defendant, it is hereby ORDERED that the Briefing Schedule is amended as follows:

• Plaintiff Opening Brief is due February 24, 2011

• Defendant's Responsive Brief is due March 24, 2011

• Plaintiff's optional Reply Brief is due April 7, 2011

• Oral argument, if desired, requested by due April 14, 2011

Dated this 26th day of January 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1 ORDER [3:10-cv-05788-RBL-JRC]