UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MICHELLE A. HART,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-05788-RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on the motion by Defendant (ECF No. 18), and without objection of Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before May 9, 2011;
- Plaintiff shall file the Optional Reply Brief on or before May 23, 2011; and
- Oral argument, if desired, shall be requested by May 31, 2011.

DATED this 22nd day of March 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:10-CV-05788-RBL-JRC]