UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MICHELLE A. HART,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No.  3:10-cv-05788-RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

　　Based on the motion by Defendant (ECF No. 21), and with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before June 6, 2011;
- Plaintiff shall file the Optional Reply Brief on or before June 20, 2011; and
- Oral argument, if desired, shall be requested by June 27, 2011.

　　DATED this 10th day of May 2011.

　　　　　　　　　　　　　　　　/s/ J. Richard Creatura
　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1        ORDER - [3:10-cv-05788-RBL-JRC]