AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHELLE A. HART

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5788RBL

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation .

The matter is therefore REVERSED and REMANDED to the Administration for further consideration.


| July 11, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                  *s/CM Gonzalez*
                                           Deputy Clerk